UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

CASE NO. 04-80028

v.

HONORABLE AVERN COHN

D-1, KENYARDA FRANKLIN,

    Defendant.
    _____/

## **ORDER GRANTING MOTION TO CORRECT THE RECORD**

Defendant has filed a Motion to Correct the Record. The government has filed a response.

IT IS ORDERED that the Judgment in a Criminal Case filed December 04, 2005 is corrected in the following respects:

A. The IMPRISONMENT section is corrected to read as follows:

> The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 70 months on Counts 1 and 2 to run concurrently and 60 months on Count 3 to run consecutively; Counts 1, 2 and 3 are to run concurrently to the MDOC sentence under Docket No. 04-8661.

B. The following sentence is added to the IMPRISONMENT section:

Defendant was in federal custody beginning August 06, 2004.

**SO ORDERED.**


Dated:  September 12, 2007         s/Avern Cohn
                                   AVERN COHN
                                   UNITED STATES DISTRICT JUDGE



I hereby certify that a copy of the foregoing document was mailed to the attorneys of record and Kenyarda Franklin, #32366-039, FCI Beckley, P.O. Box 350, Beaver, WV 25813 on this date, September 12, 2007, by electronic and/or ordinary mail.

                                    s/Julie Owens
                                   Case Manager, (313) 234-5160